IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  KATSIARYNA KABIARETS     CASE NO. CR 05-111

The defendant, KATSIARYNA KABIARETS , having been scheduled for arraignment on DECEMBER 22, 2005 and a continuance having been made by the COURT or the following reason; DUE TO SCHEDULING CONFLICTS . The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued JANUARY 5, 2006

(2) The period between DECEMBER 22, 2005 and JANUARY 5, 2006 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 1/5/06

_____

FILED
JAN 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE