UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

*FILED IN OPEN COURT 1/5/06 KJK*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>KATSIARYNA KABIARETS<br><br>      Defendant. | CASE NO. CR05-111-KAJ |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on January 5, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until March 3, 2006 The time between the date of this order and March 3, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
JAN 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE