AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
KATSIARYNA KABIARETS

SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-111-KAJ



OCEAN CITY, MD 21842
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before:  Honorable Mary Pat Thynge, U.S. Magistrate Judge | 1/5/06 AT 1:00 PM |

( For Arraignment ))

To answer a(n)
X Indictment   ☐ Information   ☐ Complaint   Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1029(b)(2)__

Brief description of offense:

CREDIT CARD FRAUD CONSPIRACY;
AGGRAVATED IDENTITY THEFT;
IDENTITY THEFT



FILED
JAN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _/s/_ , Deputy Clerk     at Wilmington, DE
Signature of Issuing Officer                Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Via cert mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  1-3-06
          Date

*[signature]* W Thomas
Name of United States Marshal

*[signature]*
(by) Deputy United States Marshal

Remarks:

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.