IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-111-KAJ |
| ) | |
| KATSIARYNA KABIARETS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court, having considered defendant's request for an extension of time to file pretrial motions (D.I. 13), and the Government having no objection thereto,

IT IS HEREBY ORDERED that defendant's request for an extension of time to file pretrial motions is GRANTED. Defendant shall file said motions no later than March 17, 2006.

IT IS FURTHER ORDERED that this continuance is in the interest of justice, the time period between March 3, 2006 and March 17, 2006 shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

March 6, 2006
Wilmington, Delaware