IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-111-KAJ |
| | : | |
| KATSIARYNA KABIARETS | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Court having considered Defendant Katsiaryna Kabiarets' Motion to Suppress Statements and Physical Evidence and good cause having been shown therefore;

IT IS HEREBY ORDERED this _____ day of _____, 2006, that the statements and evidence obtained from Defendant Kabiarets' interrogation and arrest shall be suppressed.

_____
HONORABLE KENT A. JORDAN
United States District Court