IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )    Criminal Action No. 05-111-KAJ
)
KATSIARYNA KABIARETS, )
)
Defendant. )

## ORDER

WHEREAS, Defendant Katsiaryna Kabiarets has filed a motion to suppress

evidence;

IT IS HEREBY ORDERED this 22nd day of March, 2006, that a hearing on

Defendant's motion is scheduled for May 10, 2006, at 9:30 a.m., in Courtroom No. 6A

on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware