IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-111 JJF |
| KATSIARYNA KABIARETS, | : | SEALED |
| Defendant. | : | |

O R D E R

WHEREAS, on January 5, 2006, the above named Defendant entered a plea of not guilty to the charges pending against her in this Court;

WHEREAS, pretrial motions have been resolved;

IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, February 7, 2007, at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and February 7, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

January 18, 2007　　　　　　　　　　／s／ Joseph J. Farnan, Jr.
　　　DATE　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE