IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : Criminal Action No. 05-111-JJF |
| | : |
| KATSIARYNA KABIARETS | : |
| | : |
| Defendant. | : |

**<u>ORDER</u>**

WHEREAS, on January 5, 2006, the above named Defendant entered a plea of not guilty to the charges pending against her in this Court, and pretrial motions have not been resolved;

WHEREAS, on February 7, 2007, a scheduling conference was held. After having considered Defendant's assertion that a waiver of time under the Speedy Trial Act (18 U.S.C. § 3161) is in the interests of justice, and Defendant having shown good cause for a request to waive speedy trial and schedule a suppression hearing after a 45 day time period;

THIS COURT HEREBY ORDERS on this _____ day of _____, 2007, that:

1. A suppression hearing shall be held on **Monday, April 2, 2007 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Defendant's appearance is required by the Court.

2. The time from the date of this Order and April 2, 2007 shall be excludable under the Speedy Trial act in the interests of justice.

 

 

Honorable Joseph J. Farnan, Jr.
United States District Court