

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 30, 2007

**BY CM/ECF**

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

                    **Re: United States v. Kabiarets, Cr. A. No. 05-111 JJF**

Dear Judge Farnan:

      The parties to this action believe that a non-trial resolution in this case is possible. The proposed resolution involves the defendant and a third party taking certain actions in the next few weeks. The parties respectfully request that the Court continue the suppression hearing scheduled for April 2, 2007, for about four weeks to allow the parties to attempt to bring their negotiations to a close.

      The parties ask that the Court find that a continuance is in the interest of justice, and that the time between April 2, 2007, and the new suppression hearing date should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the prospect that the defendant's case will be resolved without a trial and other hearings after a brief continuance outweighs the public and the defendant's interest in a speedy trial.

                                          Respectfully,

                                          COLM F. CONNOLLY
                                          United States Attorney


                                   By: /s/ Douglas E. McCann
                                        Douglas E. McCann
                                        Assistant United States Attorney

cc: Christopher Koyste, Esquire