IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-111 JJF |
| KATSIARYNA KABIARETS, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court granted counsels' request to continue the Motion Hearing set for April 2, 2007 (D.I. 29);

NOW THEREFORE, IT IS HEREBY ORDERED that a Hearing on Defendant's Motion to Suppress will be held on **Wednesday, May 9, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 20, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE