IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     :
                          :
       Plaintiff,        :
                          :
     v.                : Criminal Action No. 05-111-JJF
                          :
KATSIARYNA KABIARETS,     :
                          :
       Defendant.        :

### ORDER

WHEREAS, on May 9, 2007, the Court held an evidentiary hearing regarding Defendant's Motion To Suppress Statements And Physical Evidence (D.I. 15) in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that, in light of the evidentiary record established at the hearing, the parties shall submit supplemental briefs with respect to the Motion To Suppress **no later than Wednesday, May 23, 2007.**

May 10, 2007

_____
UNITED STATES DISTRICT JUDGE

FILED

MAY 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE.