AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

**EXHIBIT AND WITNESS LIST**

V.

Case Number: 05-111-JJF (cR)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Judge Joseph Farnan Jr. | Govt/Doug McCann | PD/Chris Koyste |
| TRIAL DATE(S) 5/9/07 | COURT REPORTER Val | COURTROOM DEPUTY Saraly |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 5/9 | | | Spc. Agent Michael Armstrong |
| 1 | | 5/9 | 5/9 | 5/9 | Miranda + waiver form w/ signature 11/16/05 |
| 2 | | 5/9 | 5/9 | 5/9 | Investigative Report |
| 3 | | 5/9 | 5/9 | 5/9 | Dft's written statement 11/16/05 |
| 4 | | 5/9 | 5/9 | 5/9 | SS Consent To Search Form (Vehicle) |
| 5 | | 5/9 | 5/9 | 5/9 | SS Consent To Search Residence |
| 6 | | 5/9 | 5/9 | 5/9 | Miranda Warning + Consent 11/18/05 |
| 7 | | 5/9 | 5/9 | 5/9 | Dft's written statement 11/18/05 |

FILED MAY 9 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

**\* EXHIBITS RETURNED TO CHAMBERS.**