IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-111 JJF |
| KATSIARYNA KABIARETS, | : |
| Defendant. | : |

**O R D E R**

IT IS HEREBY ORDERED that:

1) Trial will commence on **Tuesday, July 10, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions and Proposed Voir Dire Questions, along with a copy on disc in WordPerfect format, no later than **Friday, July 6, 2007**.

3) Motions in limine shall be filed no later than **Thursday, June 28, 2007**, Responses to said motions shall be filed no later than **Tuesday, July 3, 2007**.

4) The time between this Order and July 10, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)



June 22, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE