IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-111-JJF |
| KATSIARYNA KABIARETS, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Motion For Continuance of Trial and Scheduling of Status Conference;

**IT IS HEREBY ORDERED** this _26_ day of _June_, 2007, that Defendant Kabiarets' Trial shall be continued to a date to be determined, and that a Status Conference in this case shall be scheduled on the _10_ day of _July_, 2007, at _9:30_ a.m./p.m.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court

FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE