IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-111-JJF |
| KATSIARYNA KABIARETS, | : |
| Defendant. | : |

### ORDER

At Wilmington, this 10 day of July 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Suppress Statements And Physical Evidence (D.I. 15) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE