PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

District Of Delaware

U.S.A. vs.        Kabiarets , Katsiaryna        Docket No.        1:05CR00111-001

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW , U.S. Pretrial Services Officer John G. Selvaggi, presenting an official report upon the conduct of defendant Katsiaryna Kabiarets who was placed under pretrial release supervision by the Honorable Mary Pat Thynge, sitting in the court at Wilmington, Delaware on the 21st day of November, 2005 under the following conditions:

7(a):Report to Pretrial Services; 7(e) Maintain or actively seek employment; 7(g) Surrender any passport to Clerk's Office; 7(h) Obtain no passport; 7(i) No travel outside the states of Delaware/Maryland unless authorized by Pretrial Services; 7(n) Refrain from possessing a firearm, destructive device, or other dangerous weapon; 7(p) Refrain from unlawful possession of a controlled substance; 7(q) Submit to any method of drug testing; 7(v) Before any employment is authorized by Pretrial Services, third party risk must be assessed; 7(w) Regarding item 7(i) must obtain permission from Pretrial Services no less than 24 hours before the scheduled travel; 7(x) Shall reside at            Drive, Ocean City, MD.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
  (If short insert here; if lengthy write on separate sheet and attach).

On July 27, 2007 the U.S. Pretrial Services Office learned the following from the Government:  On July 27, 2007, Secret Service Agent Andrew Balceniak obtained information that Katsiaryna Kabiarets flew out on July 20, 2007, from John F. Kennedy Airport to Belarus on a Lufthansa flight.  Given this information, the defendant is in violation of Conditions 7(i), 7(w), and 7(x) as detailed above, as she never requested travel outside Delaware or Maryland, and no longer resides at the above addresss.

**REDACTED**

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Katsiaryna Kabiarets, so that she can be brought before the Court to answer to the charges that she has violated the conditions of her pretrial release.



FILED
JUL 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ORDER OF COURT

Under the penalty of perjury I declare the foregoing is true and correct:

Considered and ordered this ___27___ day of ___July___, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Joseph J. Farnan, Jr.
U.S. District Judge

_____
U.S. Pretrial Services Officer

Place     Wilmington, Delaware

Date     July 27, 2007